IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DAVID S. WRAGGS,

Plaintiff,

v.

GRANT SPARR[1] and CORRECTIONAL OFFICER JOHN DOE #2, in their individual capacities,

Defendants.

**8:25CV676**

**ORDER**

This matter is before the Court on the magistrate judge's[2] Findings and Recommendation (Filing No. 13) that plaintiff David S. Wraggs's ("Wraggs") claims against defendant Correctional Officer John Doe #2 "be dismissed for failure of service and want of prosecution." The magistrate judge warned Wraggs that failing to object could "be held to be a waiver of any right to appeal the court's adoption of the recommendation." Wraggs did not object, and the time to do so has now passed. *See* NECivR 72.2(a).

Section 636(b)(1) requires this Court to "make a de novo review of . . . specified proposed findings or recommendations to which objection is made." *See also* Fed. R. Civ. P. 72(b); NECivR 72.2. Absent objection, however, further review is unnecessary. *See Peretz v. United States*, 501 U.S. 923, 939 (1991); *Leonard v. Dorsey & Whitney LLP*, 553

---

[1]Although the Amended Complaint (Filing No. 7) names "Officer G. Sparr (Badge #396)" as a defendant, defendant Grant Sparr's ("Sparr") Answer (Filing No. 12) gives his full name. The Clerk of Court is directed to amend the case caption to reflect Sparr's full name and to clarify that the excessive-force claim remaining against him after the Court's April 4, 2026, Memorandum and Order (Filing No. 8) is only in his individual capacity.

[2]The Honorable Ryan C. Carson, United States Magistrate Judge for the District of Nebraska.

F.3d 609, 619-20 (8th Cir. 2009) ("[T]he failure to file objections eliminates not only the need for de novo review, but *any* review by the district court.").

Based on the foregoing,

IT IS ORDERED:

1. The magistrate judge's Findings and Recommendation (Filing No. 13) is accepted. Any objections are deemed waived.
2. Plaintiff David S. Wraggs's claims against defendant Correctional Officer John Doe #2 are dismissed.

Dated this 27th day of July 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge